**United States Bankruptcy Court**
**Western District of Michigan, Marquette Division**

**IN RE:**  Case No. _____

**Young Mens Christian Association of Marq** _____  Chapter **11** _____
<span style="padding-left:3em">Debtor(s)</span>

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor(s) hereby verifies that the attached list of creditors is true to the best of my (our) knowledge.

Date: **May  5, 2017** _____  */s/ Jenna Zdunek* _____
<span style="padding-left:14em">Debtor</span>

_____
<span style="padding-left:14em">Joint Debtor</span>

© 2017 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

```
Adobe
345 Park Ave
San Jose, CA   95110-2704


Andrew Elmhirst
c/o Cameron J. Evans
950 W University Dr Ste 102
Rochester, MI   48307-1887


Associated Constructors
PO Box 970
Marquette, MI   49855-0970


B&G Group, LLC
380 Franklin Park Unit 104
Harbor Springs, MI   49740-8669


Daxco
1138 2nd St SW Ste 100
Roanoke, VA   24016-4709


Double Trouble DJ
2306 US Highway 41 S
Marquette, MI   49855-9122


Flaghouse
PO Box 159
Hasbrouck Heights, NJ   07604-0159
```

```
GFC Leasing
PO Box 2290
Madison, WI  53701-2290


GFS
PO Box 88029
Chicago, IL  60680-1029


Great Lakes Coca-Cola
PO Box 809082
Chicago, IL  60680-9082


Gwinn Area Community Schools
50 W State Highway M35
Gwinn, MI  49841-9180


IFF
333 S Wabash Ave Ste 2800
Chicago, IL  60604-4264


Jules & Associates
PO Box 77077
Minneapolis, MN  55480-7777


Lamar Companies
PO Box 96030
Baton Rouge, LA  70896-9030
```

```
Marquette County Health Dept.
184 US Highway 41 E
Negaunee, MI  49866-9606


Office Depot
PO Box 633211
Cincinnati, OH  45263-3211


Pitney Bowes
PO Box 371887
Pittsburgh, PA  15250-7887


Range Bank
100 N Front St
Marquette, MI  49855-4371


Range Telecommunications
2342 US Highway 41 W
Marquette, MI  49855-2456


Roto-Graphic Printing
255 S 80th Ave
Wausau, WI  54401-9406


UniFirst
2400 Industrial St
Wisconsin Rapids, WI  54495-2249
```

```
UP Office
PO Box 246
Marquette, MI  49855-0246


USDA - Rural Development
2003 Minneapolis Ave
Gladstone, MI  49837-2061


Y-USA
101 N Wacker Dr
Chicago, IL  60606-1784
```

| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| WESTERN DISTRICT OF MICHIGAN, MARQUETTE DIVISION |
| Case number *(if known)* _____   Chapter  **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | Debtor's name | **Young Mens Christian Association of Marq** |
|---|---|---|
| 2. | All other names debtor used in the last 8 years  Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **38-3211419** |

| 4. | Debtor's address | **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|---|---|
| | | **1420 Pine St**  **Marquette, MI 49855-2962**  Number, Street, City, State & ZIP Code | **1420 Pine St**  **Marquette, MI 49855-2962**  P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Marquette**  County | **Location of principal assets, if different from principal place of business**  **1420 Pine St Marquette, MI 49855-2962**  Number, Street, City, State & ZIP Code |

| 5. | Debtor's website (URL) | |
|---|---|---|
| 6. | Type of debtor | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ |

Debtor **Young Mens Christian Association of Marq**   Case number (*if known*) _____
        Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*
- ■ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check all that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

- ■ No.
- ☐ Yes.

If more than 2 cases, attach a separate list.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ■ No
- ☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship _____
District _____ When _____ Case number, if known _____

Debtor  **Young Mens Christian Association of Marq**  Case number (*if known*) _____
　　　　Name

11. **Why is the case filed in** *this district?*   *Check all that apply:*
   - ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
   - ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**
   - ■ No
   - ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

   **Why does the property need immediate attention?** (*Check all that apply.*)
   - ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
     What is the hazard? _____
   - ☐ It needs to be physically secured or protected from the weather.
   - ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
   - ☐ Other

   **Where is the property?** _____
   Number, Street, City, State & ZIP Code

   **Is the property insured?**
   - ☐ No
   - ☐ Yes.   Insurance agency _____
   　　　　　Contact name _____
   　　　　　Phone _____

   **Statistical and administrative information**

13. **Debtor's estimation of available funds**   *Check one:*
   - ■ Funds will be available for distribution to unsecured creditors.
   - ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

14. **Estimated number of creditors**
   - ■ 1-49
   - ☐ 50-99
   - ☐ 100-199
   - ☐ 200-999
   - ☐ 1,000-5,000
   - ☐ 5001-10,000
   - ☐ 10,001-25,000
   - ☐ 25,001-50,000
   - ☐ 50,001-100,000
   - ☐ More than 100,000

15. **Estimated Assets**
   - ☐ $0 - $50,000
   - ☐ $50,001 - $100,000
   - ☐ $100,001 - $500,000
   - ☐ $500,001 - $1 million
   - ■ $1,000,001 - $10 million
   - ☐ $10,000,001 - $50 million
   - ☐ $50,000,001 - $100 million
   - ☐ $100,000,001 - $500 million
   - ☐ $500,000,001 - $1 billion
   - ☐ $1,000,000,001 - $10 billion
   - ☐ $10,000,000,001 - $50 billion
   - ☐ More than $50 billion

16. **Estimated liabilities**
   - ☐ $0 - $50,000
   - ☐ $50,001 - $100,000
   - ☐ $100,001 - $500,000
   - ☐ $500,001 - $1 million
   - ■ $1,000,001 - $10 million
   - ☐ $10,000,001 - $50 million
   - ☐ $50,000,001 - $100 million
   - ☐ $100,000,001 - $500 million
   - ☐ $500,000,001 - $1 billion
   - ☐ $1,000,000,001 - $10 billion
   - ☐ $10,000,000,001 - $50 billion
   - ☐ More than $50 billion

Debtor **Young Mens Christian Association of Marq**
Name

Case number (*if known*) _____

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **May 5, 2017**
MM / DD / YYYY

X **/s/ Jenna Zdunek**
Signature of authorized representative of debtor

**Jenna Zdunek**
Printed name

Title **Chief Executive Director**

**18. Signature of attorney**

X **/s/ Timothy C. Quinnell**
Signature of attorney for debtor

Date **May 5, 2017**
MM / DD / YYYY

**Timothy C. Quinnell**
Printed name

**Quinnell Law Firm, P.L.L.C.**
Firm name

**419 W Washington St**
**Marquette, MI 49855-4156**
Number, Street, City, State & ZIP Code

Contact phone **(906) 228-3650**   Email address **ofqllp@gmail.com**

**P41677**
Bar number and State

Official Form 201   **Voluntary Petition for Non-Individuals Filing for Bankruptcy**   page 4